

# Fourth Court of Appeals
## San Antonio, Texas

January 14, 2014

No. 04-13-00187-CR

Fernando **RODRIGUEZ** Jr.,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 341st Judicial District Court, Webb County, Texas
Trial Court No. 2011-CRN-531-D3
Honorable Rebecca Palomo, Judge Presiding

## ORDER

Appellant's brief was originally due on October 7, 2013. Appellant has received extensions totaling 90 days, with the appellant's brief currently due on January 6, 2014. On January 8, 2014, appellant filed another motion for extension requesting an additional thirty days. In this court's order granting the prior extension to January 6, 2014, appellant was informed that no further extensions would be granted.

In the interest of judicial efficiency, however, Appellant's motion for extension is GRANTED IN PART. Appellant's brief must be filed *within fourteen (14) days* from the date of this order. [In the event that appellant's attorney will be unable to complete the brief by that deadline, the attorney is urged to consider hiring another attorney to complete the brief.] **No further motions to extend time to file the appellant's brief will be considered**.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of January, 2014.

_____
Keith E. Hottle
Clerk of Court